# Law Office of Kevin J. Keating

Kevin J. Keating, Esq.

Counsel:
Stefani Goldin, Esq.

666 Old Country Road, Suite 900
Garden City, New York 11530

T: 516-222-1099
F: 516-745-0844

MANHATTAN OFFICE
BY APPOINTMENT
T: 212- 964-2702

January 8, 2020

**Via ECF**
Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: <u>United States v. Stephanie Lee</u>
17CR-372 (JS)   Deft. #2

Dear Judge Seybert:

As you are aware, I am attorney under the Criminal Justice Act for Ms. Lee in the captioned matter. In an earlier status conference, during which counsel for the defendants sought an adjournment of the trial date based on the enormous volume of material in this matter, Your Honor advised counsel that the Court would readily entertain applications for assistance to defense counsel.

With this, I write to respectfully request that the Court authorize payment under the Criminal Justice Act for work performed by Stefani Goldin, who is counsel to my firm, in this matter. Ms. Goldin has a great deal of experience in representing clients in criminal matters and has been a practicing attorney for 26 years. Ms. Goldin has worked with me on a number of federal matters of significance.

As an initial application, I propose that the Court approve 100 hours at $125.00 an hour.

Thank you for your consideration.

Very truly yours,

Approved.   KEVIN J. KEATING

KJK:sep
cc: AUSA Whitman Knapp

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: 1/9/2020
Central Islip, NY